## IN RE THRESHER.

(No. 4,016.)

(Decided March 11, 1918.)

[172 Pac. 474.]

*Attorneys—Conviction of Felony—Disbarment.*

1.   The name of an attorney convicted of a felony, will, under section 6410, Revised Codes, be stricken from the roll of attorneys, without formal charge or notice to him, upon lodgment of a certified copy of the record of conviction, after the judgment has become final either by reason of failure to appeal or for some other cause.

[As to causes and proceedings for disbarment of attorneys, and the power of courts to disbar, see notes in 95 Am. Dec. 333; 45 Am. St. Rep. 71.]

B. S. THRESHER, an attorney and counselor at law, convicted of grand larceny, ordered disbarred.

## Opinion: PER CURIAM.

On February 27, 1917, in the district court of Wibaux county, B. S. Thresher, an attorney and counselor at law of this court, was convicted of the crime of grand larceny, and on March 1 was sentenced to undergo a term of imprisonment in the state prison for not less than one year nor more than one year and three days. On June 10 thereafter he was committed to prison [1] to serve his sentence. The clerk of the district court thereupon transmitted to the clerk of this court a certified copy of the record of conviction, as required by the statute (Rev. Codes, sec. 6409). Recognizing that a convicted defendant in any case has the absolute right to appeal to this court from a judgment until the expiration of one year from the date of its rendition or until the judgment has for some other cause become final, this court has heretofore refrained from taking the steps enjoined by the statute in such cases (Rev. Codes, sec. 6410), in order that no prejudice might be done to defendant. We are now informed by the attorney general that Mr. Thresher has served his term, has been released from prison, and hence further delay is not necessary. Therefore, on the authority of the cases of *In the Matter of the Disbarment of John Bloor*, 21 Mont. 49, 52 Pac. 779, and *In re Sutton*, 50 Mont. 88, Ann. Cas. 1917A, 1223, 145 Pac. 6, and without formal charge or notice to Mr. Thresher:

It is now ordered and adjudged that his name be stricken from the roll of attorneys and counselors of this court, and that he be precluded from practicing as such attorney and counselor in all the courts of this state.